# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY RENTERIA,<br><br>        Plaintiff,<br><br>   v.<br><br>JAMES A. YATES, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:08-cv-00766-SMS PC<br><br>ORDER DENYING PLAINTIFF'S MOTION TO HOLD ACTION IN ABEYANCE PENDING EXHAUSTION<br><br>(Doc. 6) |

       On October 27, 2008, Plaintiff Johnny Renteria filed a motion seeking an order holding this action in abeyance pending his exhaustion of administrative remedies, which is required under 42 U.S.C. § 1997e(a).

       Exhaustion must occur prior to filing suit. <u>Jones v. Bock</u>, 549 U.S. 199, 127 S.Ct. 910, 918-19 (2007); <u>McKinney v. Carey</u>, 311 F.3d 1198, 1199-1201 (9th Cir. 2002). Therefore, the deficiency cannot be cured through exhaustion during the pendency of the suit. Because exhaustion is an affirmative defense, the Court will not further address the issue unless Defendants raise it via a motion to dismiss. <u>Jones v. Bock</u>, 549 U.S. 199, 127 S.Ct. at 921; <u>Wyatt v. Terhune</u>, 315 F.3d 1108, 1119 (9th Cir. 2003).

IT IS SO ORDERED.

**Dated:**   **November 6, 2008**             /s/ Sandra M. Snyder
                                                       UNITED STATES MAGISTRATE JUDGE